# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONG ATOM BONY,<br>Petitioner,<br>v.<br>WARDEN OF MESA VERDE DETENTION FACILITY,<br>Respondent. | Case No. 1:26-cv-07686-JLT-EPG-HC<br><br>ORDER FOR SUPPLEMENTAL BRIEFING |

Petitioner is an immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

In the petition, Petitioner challenges his re-detention on due process grounds. (ECF No. 1 at 27–28.[1]) On October 13, 2026, Respondents filed a response, arguing:

> After six-months in custody, Petitioner would bear the burden to show good reason to believe there is no significant likelihood of removal in the reasonably foreseeable future. *Zadvydas*, 533 U.S. at 701. Petitioner cannot satisfy that burden since he has not demonstrated that the receiving country will not take him or that removal is barred by our own laws.

(ECF No. 11 at 4.)

The six-month presumptively reasonable detention period and "the burden-shifting framework from *Zadvydas* does not apply" to challenges to "ICE's authority to *re-detain*

[1] Page numbers refer to the ECF pagination stamped at the top of the page.

[petitioner] after he was issued a final order of removal, detained, and subsequently released on an [order of supervision]." Yan-Ling X. v. Lyons, 813 F. Supp. 3d 1157, 1163 (E.D. Cal. 2025) (alterations in original) (quoting Nguyen v. Hyde, 788 F. Supp. 3d 144, 149 (D. Mass. 2025)). "The regulations at 8 C.F.R. §§ 241.13(i) and 241.4(l) apply to non-citizens in petitioner's situation and outline the process to be followed," including notice and a prompt informal interview. Yan-Ling X., 813 F. Supp. 3d at 1163; 8 C.F.R. § 241.4(*l*)(1); 8 C.F.R. § 241.13(i)(3). Additionally, "when ICE revokes release to effectuate removal, 'it is [ICE's] burden to show a significant likelihood that the alien may be removed.'" Yan-Ling X., 813 F. Supp. 3d at 1163.

The Court finds that supplemental briefing on whether ICE complied with applicable regulations when revoking Petitioner's order of supervision and whether Respondent can show a significant likelihood that Petitioner may be removed would assist the Court in this matter.

Accordingly, the Court HEREBY ORDERS that:

1. Within fourteen (14) days of the date of service of this order, Respondents SHALL FILE:
    a. A supplemental brief addressing the issues set forth above; and
    b. Any supporting documentation; and
2. Within fourteen (14) days of the date of service of Respondents' supplemental brief, Petitioner MAY FILE a traverse.

IT IS SO ORDERED.

Dated: **October 14, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE